STATE OF CONNECTICUT *v.* RICHARD ROGERS

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 258, is denied.

*Thomas J. Ullman,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* deputy assistant state's attorney, in opposition.

Decided May 1, 1987

STATE OF CONNECTICUT *v.* ROBERT L. FLOYD

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 361, is denied.

*Timothy H. Everett,* in support of the petition.

*Steven M. Sellers,* assistant state's attorney, in opposition.

Decided May 5, 1987

STATE OF CONNECTICUT *v.* RONALD HUFF

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 330, is denied.

*Timothy H. Everett,* in support of the petition.

*Susan C. Marks,* deputy assistant state's attorney, in opposition.

Decided May 5, 1987